# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE                           NO.   2022 CW 1131
INTEREST OF J.G.D


                                          **DECEMBER 1, 2022**

---

In Re:    J.G.D, applying for supervisory writs, 21st Judicial
          District Court, Parish of Livingston, No. 174253.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED IN PART; WRIT NOT CONSIDERED IN PART.** This writ application is denied as to the trial court's denial of relator's, J.G.D.'s, lack of subject matter jurisdiction and no right of action.

Insofar as this writ application seeks review of the trial court's denial of J.G.D.'s exception of improper cumulation, this writ application failed to include a copy of the signed judgment or ruling complained of in compliance with the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, documentation to show that the original writ application was timely filed, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before January 3, 2023, and must contain a copy of this ruling.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
     FOR THE COURT